=========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____NORTHERN_____ DISTRICT OF _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO.    1:05cv1445 (LEK/RFT)

PATRICIA A. CLARK,

        Plaintiff,

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).


_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____XX____ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Secretary is REVERSED and the action is REMANDED for a de novo hearing on the merits of the case, pursuant to the 4th sentence of 42 USC Section 405(g), in accordance with the Stipulation signed by the parties and "So Ordered" by USMJ Randolph F. Treece on 5/23/06.


**DATE: May 23, 2006**

*[signature]*
Clerk of Court

s/William J. Griffin
By: _____
        DEPUTY CLERK